UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MILES CHRISTIAN BARTNICK #758888,

    Plaintiff,

v.

    Case No. 1:23-cv-1346

ANDREW CARR,

    HONORABLE PAUL L. MALONEY

    Defendant.

_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: July 15, 2025

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge